```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 05926
    RICO J EPPS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7768


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 02/22/2005 and was confirmed 04/06/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.13% from remaining funds.

    The case was paid in full 03/18/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED           1418.09          .00         200.42
ARONSON FURNITURE          SECURED             1500.00       115.25        1500.00
CITIZENS BANK              SECURED             9110.00       700.00        9110.00
CITIZENS BANK              SPECIAL CLASS       2911.74          .00        2911.74
CHARTER ONE BANK           NOTICE ONLY       NOT FILED          .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         NOT FILED          .00            .00
BANK ONE NATL BKCY DEPT    NOTICE ONLY       NOT FILED          .00            .00
BEST BUY                   UNSECURED         NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED           1540.59          .00         217.74
CLOUT VISA                 UNSECURED         NOT FILED          .00            .00
DISCOVER CARD              UNSECURED         NOT FILED          .00            .00
ISAC                       UNSECURED          35253.53          .00        4982.55
WELLS FARGO EDUCATION      UNSECURED           5294.59          .00         748.31
ARONSON FURNITURE          UNSECURED OTH       554.54          .00          78.39
RJM AQUISITIONS FUNDING    UNSECURED            121.12          .00          17.12
ECAST SETTLEMENT CORP      UNSECURED OTH       594.91          .00          83.98
TIMOTHY K LIOU             DEBTOR ATTY        2,396.20                    2,396.20
TOM VAUGHN                 TRUSTEE                                        1,346.30
DEBTOR REFUND              REFUND                                           625.60

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE            25,033.60

PRIORITY                                          .00
SECURED                                     10,610.00
    INTEREST                                   815.25
UNSECURED                                    9,240.25
ADMINISTRATIVE                               2,396.20
TRUSTEE COMPENSATION                         1,346.30
```

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 05926 RICO J EPPS

```
DEBTOR REFUND                                                         625.60
                                            ----------------    ----------------
TOTALS                                            25,033.60          25,033.60
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/26/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE